IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WASHINGTON, B69981,<br><br>    Petitioner,<br><br>  vs.<br><br>DEBBIE ASUNCION, Acting Warden,<br><br>    Respondent. | No. C 97-2316 CRB (PR)<br><br>ORDER REGARDING SECOND REQUEST FOR A CERTIFICATE OF APPEALABILITY<br><br>(Dkt. #38) |

       On February 16, 2016, the court denied petitioner's motion for reconsideration or to vacate judgment under Federal Rule of Civil Procedure 60(b) and, on March 4, 2016, denied petitioner's request for a certificate of appealability (COA) from the court's denial of his Rule 60(b) motion. The court found that "[p]etitioner has not demonstrated that 'jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Mar. 4, 2016 Order at 1 (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)).

       Petitioner filed a notice of appeal in this court and submitted a request for a COA to the Ninth Circuit, which on March 17, 2016 the circuit stamped received and forwarded to this court for filing. The request (dkt. #38) is DENIED for the same reasons noted in this court's March 4, 2016 order. But the clerk is instructed to send a copy of the request to the Ninth Circuit because the

request appears to be directed to the Ninth Circuit rather than this court. It specifically requests that the Ninth Circuit grant petitioner a COA "following the denial of a COA by the U.S. District Court for the Northern District of California on the 4th day of March 2016 . . . ." Dkt. #38 at 1.

SO ORDERED.

DATED:  4/1/2016

CHARLES R. BREYER
United States District Judge

N:\Washington, D.97-2316.deny_coa2.wpd

2